AO 442 (Rev. 11/11) Arrest Warrant

1122 5574

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00115 |
| Emanuel Jackson | ) Assigned to: Judge Meriweather, Robin M |
| | ) Assign Date: 1/18/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Emanuel Jackson                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (a) - Assaulting an Officer of the United States
18 U.S.C. §§ 111 (a) and (b) - Assaulting an Officer of the United States with a deadly or dangerous weapon
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752 (a) and (b) - Unlawful Entry and Physical Violence on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/18/2021

2021.01.18 22:52:10 -05'00'

*Issuing officer's signature*

City and state:  Washington, DC                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/19/21 , and the person was arrested on *(date)* 01/19/21
at *(city and state)* WDC

Date: 1/20/21

*Arresting officer's signature*
Meeling

COREY WILLIAMS DCO
*Printed name and title*