## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-115** |
| | : | |
| **EMANUEL JACKSON,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § § 111(a)(1) and (b)** |
| **Defendant.** | : | **(Obstructing or Impeding Certain** |
| | : | **Officers)** |
| | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **EMANUEL JACKSON**, did forcibly resist, oppose, impede, intimidate, and interfere with United States Capitol Police officers, as designated under 18 U.S.C. § 1114, while using a dangerous weapon – namely a metal baseball bat - while such officers were engaged in or on account of the performance of official duties, and where the acts in violation of this section involved physical contact with the victim and the intent to commit another felony.

  (**Obstructing or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))\

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **EMANUEL JACKSON**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Capitol

Police officers, as designated under 18 U.S.C. § 1114, while such officers were engaged in and on account of the performance of official duties, and where the acts in violation of this section involved physical contact with the victim and the intent to commit another felony.

    (**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **EMANUEL JACKSON**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, without lawful authority to do so.

    (**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. No. 415793

By:     _____/s/_____
    GILEAD LIGHT
    D.C. Bar No. 980839
    Gilead.light@usdoj.gov
    ANTHONY SCARPELLI
    D.C. Bar No. 474711
    Anthony.Scarpelli@usdoj.gov
    Assistant United States Attorneys
    Violent Crime and Narcotics Trafficking Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-6880 (Light)
    (202) 252-7707 (Scarpelli)