UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-00395 (TJK) |
| | : | |
| EMANUEL JACKSON, | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE ARRAIGNMENT**

Emanuel Jackson, by and through undersigned counsel, and the United States Attorney's Office (USAO) respectfully move this Court to continue the status hearing currently scheduled for July 9, 2021.

In support of the motion, counsel states the following:

1. Mr. Jackson's case is scheduled for an arraignment on July 9, 2021.

2. There are outstanding issues related to Mr. Jackson's case that the parties are continuing to address.

3. The parties jointly request that the Court continue the arraignment from July 9, 2021, to July 30, 2021, at 2 PM.

4. Mr. Jackson requests that this Court schedule this matter in the afternoon because counsel has two additional matters at 9:30 AM and 11:30 on July 30, 2021.

5. Counsel submits that it is in the interest of justice that the time between now and the next hearing be excluded pursuant to the Speedy Trial Act.

WHEREFORE, Mr. Jackson respectfully requests that the Court continue the arraignment scheduled for July 9, 2021, to July 30, 2021.

Respectfully submitted,

/s/ *Brandi Harden*
Brandi Harden, Esq.
Counsel for Emanuel Jackson
Bar No. 470-706
Harden & Pinckney, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
bharden@hardenpinckney.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*
_____
Brandi Harden, Esq.