# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 21-CR-395 |
| | ) | |
| **EMANUEL JACKSON,** | ) | Judge Timothy Kelly |
| | ) | |
| Defendant. | ) | Status Hearing: November 5, 2021 |
| | ) | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

Mr. Emanuel Jackson by and through counsel respectfully requests that this Court continue the status hearing schedule for November 5, 2021. In support of the motion, counsel states the following.

1. Mr. Jackson is scheduled for a status hearing, in the above-refereced case, on Friday, November 5, 2021.

2. The parties have reached a plea agreement and would request that this Court schedule a plea hearing for December 15, 2021, at 2pm.

3. Counsel for Mr. Jackson requests that the time between now and the plea hearing be excluded pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ *Brandi Harden*
Brandi Harden
Bar No. 470706
400 7th Street Suite 604
Washington, D.C. 20004
bharden@hardenpinckney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, the above Motion to Continue the Status Hearing was served upon by electronic means via the Court's ECF system.

/s/ *Brandi Harden*
Brandi Harden
