UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | No. 21-CR-00395 (TJK) |
| | : | |
| | : | Next date: 12/15/21 |
| EMANUEL JACKSON, | : | |
|    Defendant. | : | |

**CONSENT MOTION TO CONVERT PLEA HEARING TO STATUS HEARING**

Emanuel Jackson, by and through undersigned counsel, respectfully moves this Court to convert the December 15, 2021, plea hearing to a status hearing.

In support of the motion, counsel states the following:

1. Mr. Jackson's case is scheduled for a plea hearing on December 15, 2021.

2. Counsel requests that the Court convert the plea hearing to a status hearing to address legal issues.

3. There is no opposition from the government to converting the plea hearing to a status hearing.

WHEREFORE, Mr. Jackson respectfully requests that the Court convert the December 15, 2021, plea hearing to a status hearing.

                              Respectfully submitted,

                              /s/ *Brandi Harden*
                              Brandi Harden, Esq.
                              Counsel for Emanuel Jackson
                              Bar No. 470-706
                              Harden & Pinckney, PLLC
                              400 7th Street NW, Suite 604
                              Washington, DC 20004
                              202.390.0374
                              bharden@hardenpinckney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2021, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*
_____
Brandi Harden, Esq.