# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | No. 21-cr-395-TJK |
| **EMANUEL JACKSON,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter has been re-assigned to Trial Attorney Justin M. Woodard, who may be contacted by telephone at (202) 262-7868 or e-mail at Justin.Woodard@usdoj.gov. Justin Woodard will serve as counsel on behalf of the United States. Assistant United States Attorneys Gilead Light and Anthony Scarpelli no longer represent the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Justin M. Woodard*
JUSTIN M. WOODARD
Trial Attorney, Detailee
LA Bar Number 37924
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C. 20530
(202) 262-7868
Justin.Woodard@usdoj.gov

Dated: May 4, 2022