UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 21-CR-00395 (TJK) |
| EMANUEL JACKSON, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, through counsel, and Defendant Emanuel Jackson, through counsel, hereby submit this Joint Status Report per order of the Court dated April 7, 2023.

The parties state as follows:

1. Defendant was charged by criminal complaint on January 18, 2021 [Doc. No. 1], and an information was filed on June 10, 2021 [Doc. No. 28].

2. On September 20, 2022, the Court granted the parties' joint motion to continue the plea hearing until December 9, 2022, and excluded time through December 9, 2022, under the Speedy Trial Act.

3. On December 1, 2022, the government extended a plea offer to counsel for Defendant.

4. On December 5, 2022, the Court granted the government's unopposed motion to continue the plea hearing then set for December 9, 2022, and excluded time under the Speedy Trial Act until January 13, 2023.

5. The Court held a status conference on January 13, 2023, and ordered that another status conference take place on April 14, 2023. The Court also excluded time under the Speedy Trial Act until April 14, 2023.

6. On April 7, 2023, the Court entered an order directing the parties to (a) update the Court on the status of this case, (b) propose three dates and times to hold a future status conference, and (c) indicate whether the parties agree to toll the speedy trial clock until that time.

7. The plea offer extended by the government on December 1, 2022, has expired. The government remains open to extending the same plea offer to Defendant. Should Defendant decide not to accept the plea offer, the government will need to seek the return of an indictment.

8. At this time, Defendant is not prepared to accept the plea offer, and requests that another status conference be scheduled.

9. The parties propose the following dates for the next status conference to be held by video:

    a. June 12, 2023, any time.

    b. June 14, 2023, 1:00 p.m. EST or later.

    c. June 15, 2023, any time.

10. The parties agree to toll the speedy trial clock until the next status conference.

11. Defendant remains in compliance with his pre-trial conditions of release.

WHEREFORE, for the foregoing reasons, the parties respectfully requests that the Court schedule another status conference, and further request that the Court exclude the period from April 14, 2023, until the next status conference in this case from the computation of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B) because the continuance will further talks aimed at a pretrial disposition. The parties also request that the Court find that the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ *Justin M. Woodard*
        Justin M. Woodard
        Assistant Chief
        Criminal Division, Fraud Section
        U.S. Department of Justice
        1400 New York Ave. NW
        Washington, DC 20005
        Tel: (202) 262-7868
        Email: justin.woodard@usdoj.gov

Dated: April 14, 2023

## CERTIFICATE OF SERVICE

    On this 14th day of April, 2023, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

        /s/ *Justin M. Woodard*
        Justin M. Woodard
        Assistant Chief