UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 21-CR-00395 (TJK) |
| EMANUEL JACKSON, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, through counsel, and Defendant Emanuel Jackson, through counsel, hereby submit this Joint Status Report per order of the Court dated April 7, 2023.

The parties state as follows:

1. Defendant was charged by criminal complaint on January 18, 2021 [Doc. No. 1], and an information was filed on June 10, 2021 [Doc. No. 28].

2. On September 20, 2022, the Court granted the parties' joint motion to continue the plea hearing until December 9, 2022, and excluded time through December 9, 2022, under the Speedy Trial Act.

3. On December 1, 2022, the government extended a plea offer to counsel for Defendant.

4. On December 5, 2022, the Court granted the government's unopposed motion to continue the plea hearing then set for December 9, 2022, and excluded time under the Speedy Trial Act until January 13, 2023.

5. The Court held a status conference on January 13, 2023, and ordered that another status conference take place on April 14, 2023. The Court also excluded time under the Speedy Trial Act until April 14, 2023.

6.       The Court held a status conference on June 12, 2023, and ordered that another status conference take place on October 18, 2023.  The Court also excluded time under the Speedy Trial Act until October 18, 2023.

7.       The plea offer extended by the government on December 1, 2022, has expired.  The government remains open to extending the same plea offer to Defendant.  Should Defendant decide not to accept the plea offer, the government will need to seek the return of an indictment.

8.       At this time, the parties continue to work on the plea in this matter.

9.       The parties agree to toll the speedy trial clock until the next status conference due to further talks aimed at a pretrial disposition, and because the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

10.     Defendant remains in compliance with his pre-trial conditions of release.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Justin M. Woodard*
Justin M. Woodard
Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 262-7868
Email: justin.woodard@usdoj.gov

Dated: August 9, 2023

## CERTIFICATE OF SERVICE

On this 9th day of August, 2023, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

/s/ *Justin M. Woodard*
Justin M. Woodard
Assistant Chief