UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 21-CR-00395 (TJK) |
| **EMANUEL JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, hereby files this motion to continue the status conference set for Thursday, January 25, 2024, in the above-captioned matter, for approximately two weeks. The parties are available on February 5, 2024, February 7, 2024, February 8, 2024, or a date convenient to the Court. Defense counsel concurs in this motion. The parties request the additional time to continue to engage in plea negotiations.

In support of this motion, the Government states as follows:

1. The Defendant was charged by criminal complaint on January 18, 2021 [Doc. No. 1], and an information was filed on June 10, 2021 [Doc. No. 28].

2. The parties have engaged in plea discussions in an attempt to resolve this case. Defense counsel has provided the government with medical records, and the parties request time for review and discussion of the documents.

3. A short period will allow the parties to attempt to resolve outstanding issues. If the parties are unsuccessful in reaching agreement, the government anticipates seeking the return of an indictment in this case.

4.  The parties agree to toll the speedy trial clock until the next status conference due to further talks aimed at a pretrial disposition, and because the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

5.  Defendant remains in compliance with his pre-trial conditions of release.

6.  A proposed Order is attached.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant this Motion to Continue the Status Conference, and further requests that the Court exclude the time until the next set hearing, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the continuance will further talks aimed at a pretrial disposition. The Government also requests that the Court find that the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ *Sarah W. Rocha*
SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
601 D Street, NW
Washington, DC 20579
Telephone: 202-330-1735
sarah.wilsonrocha@usdoj.gov

Dated: January 24, 2024