UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 21-CR-00395 (TJK) |
| EMANUEL JACKSON, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT
AND CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, and Defendant Emanuel Jackson, through counsel, hereby submits this Joint Status Report per order of the Court dated February 14, 2024.

The parties state as follows:

1. The Defendant was charged by criminal complaint on January 18, 2021 [Doc. No. 1], and an information was filed on June 10, 2021 [Doc. No. 28].

2. The parties have actively engaged in plea discussions in an attempt to resolve this case.

3. On February 5, 2024, the government extended a plea offer to counsel for the Defendant.

4. The parties request that the Court schedule a plea hearing for May 5, 2024, May 10, 2024, or a date convenient for the Court.

5. The parties agree to toll the speedy trial clock until the next hearing due to further talks aimed at a pretrial disposition, and because the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

6. Defendant remains in compliance with his pre-trial conditions of release.

7. A proposed Order is attached.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court exclude the time until the next set hearing, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the continuance will further talks aimed at a pretrial disposition. The Government also requests that the Court find that the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    s/ *Sarah W. Rocha*
        SARAH W. ROCHA
        Trial Attorney
        D.C. Bar No. 977497
        601 D Street, NW
        Washington, DC 20579
        Telephone:  202-330-1735
        sarah.wilsonrocha@usdoj.gov

Dated: February 20, 2024