UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-cr-395 (TJK)** |
| : | |
| **EMANUEL JACKSON,** : | |
| **Defendant.** : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 44.5(d), undersigned counsel respectfully moves to withdraw as counsel of record for Defendant Emanuel Jackson. Mr. Jackson respectfully requests that the Court appoint new counsel in this matter.

In support of this motion, counsel states the following:

1. Mr. Jackson is scheduled for a plea/sentencing hearing on October 18, 2024.

2. U.S. Probation has proposed dates of August 5-7, 2024, for Mr. Jackson to participate in Presentence Report (PSR) interview, so that the draft PSR may be submitted timely.[1]

3. In order to accommodate Mr. Jackson's, American's with Disabilities Act (ADA) needs, the PSR interviews will have to be conducted over two visits, along with counsel and Mr. Jackson's psychiatrist Dr. Sarah Boyd.

4. Mr. Jackson is currently participating in the HISP program with a curfew from 7 AM to 8 PM. Mr. Jackson respectfully requests that Court modify his HISP conditions, remove the GPS monitor from his ankle, and place him on personal recognizance. PSA does

---

[1] Counsel will request separately to continue the parties' deadlines for the draft PSR.

not oppose this request. Counsel reached out to the government, but was unable to obtain their position prior to filing.

    5. On, June 3, 2024, this Court's Minute Order indicated that "the Court will consider relaxing the curfew hours further if Defendant complies and shows that there is a need to do so." *See*, 6/3/24 Min Order. Mr. Jackson has complied for an additional 60 days and incurred no curfew infractions or other violations.

    6. Based on Mr. Jackson's ADA needs, he respectfully submits that he had worn an ankle monitor for three years. The GPS ankle monitor causes him to experience social anxiety, frustration, and sensory complications. As such, counsel respectfully requests that the Court place Mr. Jackson on personal recognizance so that he is no longer required to wear a ankle monitor or be subjected to a curfew.

    7. Counsel has represented Mr. Jackson's for the entirety of this case, and the parties are in the disposition phase of the case. Based on Mr. Jackson's request, however, counsel moves the Court to appoint new counsel.

    8. Counsel is willing to remain counsel of record, should the Court deny Mr. Jackson's request. Additionally, Dr. Boyd remains committed to providing services to Mr. Jackson, should the Court grant Mr. Jackson's request.

    8. Under Rule 44.5(d), the Court may deny a motion to withdraw if withdrawal "would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice."

    9. U.S. Probation is currently awaiting counsel's response regarding this motion to schedule Mr. Jackson's PSR interview.

WHEREFORE, all of the reasons stated above, and any reason that may appear to the Court, Mr. Jackson respectfully requests that: 1) the Court modify his current conditions of release and place him on personal recognizance, and 2) that the Court appoint new counsel.

Respectfully submitted,

_____

/s/ Brandi Harden, Esq.
Counsel for Emanuel Jackson
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, D.C. 20004
202.621.8268
b@hardenlawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, a copy of the foregoing was filed via CM/ECF, notifying all parties of record.

_____

Brandi Harden