UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 21-cr-000395 (TJK) |
| | : | |
| EMANUEL JACKSON, | : | |
| | : | |
| Defendant. | | |

### MOTION TO CONVERT PLEA HEARING TO A STATUS HEARING

Emanuel Jackson, through undersigned counsel, respectfully moves this Honorable Court to convert the plea/sentencing hearing to a status hearing so that the parties may address the outstanding issues.

Counsel has spoken to the assigned AUSA and alerted her to counsel's request to convert the plea/sentencing hearing to a status hearing. Mr. Jackson respectfully requests that the Court hold an in-person hearing where the parties can address the outstanding issues.

Mr. Jackson agrees that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully submitted,

_____

Brandi Harden
Bar No. 470-706
Counsel to Mr. Jackson
Harden Law, PLLC
400 7th Street NW-604
Washington, DC 20004
(202) 621-8268
Hardenlawoffices@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by electronic means through Case File Xpress upon counsel for the government on this 16th day of December 2024.

_____
Brandi Harden

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :  21-cr-000395 (TJK) |
| | : |
| **EMANUEL JACKSON,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Based on the representations set forth in the Defendant's Motion to Convert Plea/Sentencing Hearingto a Stuatus Hearing, and the entire record herein, is this _____ day of _____, 2024, hereby GRANTED.

SO ORDERED.

_____
TIMOTHY J. KELLY
United States District Judge